726

No. 279. KIRSCHENBAUM *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 280. BANNER *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1946. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Ferdinand Tannenbaum* for petitioners. *Solicitor General McGrath, Assistant Attorney General McGregor, Sewall Key, Helen R. Carloss* and *Morton K. Rothschild* for respondent. Reported below: 155 F. 2d 23.

No. 285. COOL *v.* INTERNATIONAL SHOE Co. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Luke E. Hart* for petitioner. *Lawrence C. Kingsland* for respondent.

No. 290. SWACZYK *v.* UNITED STATES. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Alfred A. Albert* and *Hayden C. Covington* for petitioner. *Solicitor General McGrath, Robert S. Erdahl* and *Sheldon E. Bernstein* for the United States.

No. 292. UNION METAL MANUFACTURING Co. ET AL. *v.* OOMS, COMMISSIONER OF PATENTS. October 14, 1946. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Edward R. Walton, Jr.* and *Joseph Frease* for petitioners. *Solicitor General McGrath, Assistant Attorney General Sonnett* and *W. W. Cochran* for respondent.